**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**James K. Bishop,**

**Plaintiff,**

**v.**

**Ohio Department of Rehabilitation And Corrections, *et al.*,**

**Defendants.**

**Case No. 2:25-cv-1390**

**Judge Michael H. Watson**

**Magistrate Judge Litkovitz**

## ORDER

James K. Bishop ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this prisoner civil rights case. Pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), the Magistrate Judge performed an initial screen of the Complaint. The Magistrate Judge then issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the Complaint with prejudice and certify that any appeal would be frivolous. R&R, ECF No. 11. The R&R notified Plaintiff of his right to object to that recommendation and that failure to object would forfeit the right to appeal. *Id.* at 9.

Although Plaintiff moved for an extension of time to object, ECF No. 12, and was partially granted the same, ECF No. 13, he failed to timely object.

Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITH PREJUDICE** Plaintiff's Complaint. The Court also **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith.

The Clerk shall enter judgment for Defendants and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**